**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| **NUVO GROUP USA, INC., *et al.*,**[1] | Case No. 24-11880 (MFW) |
| **Debtors.** | (Joint Administration Requested) |
|  | **Re: D.I. 12** |

**CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER (A)
AUTHORIZING THE DEBTORS TO OBTAIN SECURED SUPERPRIORITY
POSTPETITION FINANCING AND GRANTING LIENS AND SUPERPRIORITY
ADMINISTRATIVE CLAIMS, (B) SCHEDULING A FINAL HEARING;
AND (C) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certify as follows:

1.      On August 22, 2024 (the "Petition Date"), the Debtors commenced these cases (the "Chapter 11 Cases") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (as amended, the "Bankruptcy Code").

2.      On August 27, 2024, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 362, 363 and 364 of the Bankruptcy Code and rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, (B) Scheduling a Final Hearing; and (C) Granting Related Relief* (D.I. 12) (the "Motion").  Attached as Exhibit A to the Motion was a proposed form of interim order (the "Proposed Order").

---

[1].   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are:  Holdco Nuvo Group D.G Ltd. (5756); Nuvo Group Ltd. (3811); and Nuvo Group USA, Inc. (2727).  The Debtors' mailing address for purposes of these Chapter 11 Cases is 300 Witherspoon Street, Suite 201, Princeton, New Jersey 08542.

3.    On August 27, 2024, the Debtors filed a revised proposed form of interim Order (the "Revised Order") incorporating comments from the Office of the United States Trustee.  A copy of the Revised Order is attached hereto as **Exhibit A**.  For the convenience of the Court and all parties in interest, a redline comparing the Revised Order to the Proposed Order is attached hereto as **Exhibit B.**

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order at its earliest convenience.

August 27, 2024
Wilmington, Delaware

*/s/ Avery Jue Meng*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
Clint M. Carlisle (No. 7313)
Avery Jue Meng (No. 7238)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabott@morrisnichols.com
        cmiller@morrisnichols.com
        ccarlisle@morrisnichols.com
        ameng@morrisnichols.com

*-and-*

**HUGHES HUBBARD & REED LLP**

Kathryn A. Coleman (admitted *pro hac vice*)
Christopher Gartman (admitted *pro hac vice*)
Jeffrey S. Margolin (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004
Telephone: (201) 837-6000
Email: katie.coleman@hugheshubbard.com
        chris.gartman@hugheshubbard.com
        jeff.margolin@hugheshubbard.com

*Proposed Counsel to the Debtors and Debtors in Possession*