# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>NUVO GROUP USA INC., *et al.*,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11880 (MFW)<br><br>(Joint Administration Requested) |

**AMENDED**[2] NOTICE OF (I) FILING OF CHAPTER 11 PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING SCHEDULED FOR AUGUST 28, 2024, AT 11:30 A.M. (EASTERN TIME)[3]

> THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.
>
> TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:
> https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl
>
> PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 9:00 A.M. (ET) THE DAY OF THE HEARING.
>
> YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.
>
> AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.
>
> ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1]    The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective employer identification numbers or Delaware file numbers, are as follows: Fisker Inc. (0340); Fisker Group Inc. (3342); Fisker TN LLC (6212); Blue Current Holding LLC (6668); Platinum IPR LLC (4839); and Terra Energy Inc. (0739). The address of the debtors' corporate headquarters is 14 Centerpointe Drive, La Palma, CA 90623.

[2]    Amended items in **bold**.

[3]    All petitions, motions, and other pleadings referenced herein are available free of charge at https://dm.epiq11.com/NuvoGroup.

**PLEASE TAKE NOTICE** that, on August 22, 2024, the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and related pleadings with the United States Bankruptcy Court for the District of Delaware. The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The automatic stay of Section 362(a) of the Bankruptcy Code is in effect.

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by registering through the above eCourt Appearance link.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day pleadings (collectively, the "First Day Pleadings"), to the extent set forth below, is scheduled for **August 28, 2024, at 11:30 a.m. (Eastern Time)** (the "First Day Hearing") before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

## PETITIONS

1. Voluntary Petitions (see attached **Exhibit A**)

    Related Documents:

    a) Notice of Hearing to Consider First Day Pleadings (D.I. 17, filed 8/27/24).

## DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS

2. Declaration of Robert Powell, Chief Executive Officer of the Debtors, in Support of First Day Relief (D.I. 13, filed 8/27/24).

## MATTERS GOING FORWARD

3. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105(a), Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1 Directing Joint Administration of the Debtors' Related Chapter 11 Cases (D.I. 3, filed 8/27/24).

    Status: This matter is going forward.

4. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay (I) Prepetition Employee Obligations, (II) Prepetition Withholding Obligations, and (III) Postpetition Employee Obligations in the Ordinary Course, and (B) Authorizing Banks to Honor Related Transfers (D.I. 4, filed 8/27/24).

    Status: This matter is going forward.

5.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions, (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims and (III) Granting Related Relief (D.I. 5, filed 8/27/24).

    Status:  This matter is going forward.

6.  Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (D.I. 6, filed 8/27/24).

    Status: This matter is going forward.

7.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes in the Ordinary Course of Business and (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto (D.I. 7, filed 8/27/24).

    Status: This matter is going forward.

8.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of (A) Critical Vendors, (B) Shippers, Warehousemen and Other Lienholders, and (C) Foreign Vendors; (II) Authorizing Banks to Honor and Process Related Checks and Electronic Transfers; and (III) Granting Related Relief (D.I. 8, filed 8/27/24).

    Status: This matter is going forward.

9.  Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Continue Their Insurance Programs and (B) Pay Certain Obligations in Respect Thereof and (II) Authorizing the Debtors' Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations (D.I. 9, filed 8/27/24).

    Status: This matter is going forward.

10. Debtors' Motion Pursuant to 11 U.S.C. §§ 362 & 105(a) for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates (D.I. 10, filed 8/27/24).

    Status: This matter is going forward.

11. Debtors' Motion for an Order Authorizing the Debtors to Redact Individual Stakeholders' Personally Identifiable Information (D.I. 11, filed 8/27/24).

    Status: This matter is going forward.

12. Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Expense Claims, (B) Scheduling a Final Hearing; and (C) Granting Releated Relief (D.I. 12, filed 8/27/24).

    **Related Document:**

    A. **Certification of Counsel Regarding Interim Order (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, (B) Scheduling a Final Hearing; and (C) Granting Related Relief (D.I. 24, filed 8/27/24).**

    Status: This matter is going forward.

13. Debtors' Application Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. §§ 503 and 1107, and Fed. R. Bankr. P. 2002(f) for Entry of an Order (I) Authorizing and Approving the Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent and (II) Granting Related Relief **(D.I. 23, filed 8/27/24).**

    Status: This matter is going forward

|  |  |
|---|---|
| August 27, 2024<br>Wilmington, Delaware | */s/ Avery Jue Meng*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>Clint M. Carlisle (No. 7313)<br>Avery Jue Meng (No. 7238)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabott@morrisnichols.com<br>          cmiller@morrisnichols.com<br>          ccarlisle@morrisnichols.com<br>          ameng@morrisnichols.com |

-and-

**HUGHES HUBBARD & REED LLP**

Kathryn A. Coleman (*pro hac vice* pending*)*
Christopher Gartman (*pro hac vice* pending)
Jeffrey S. Margolin (*pro hac vice* pending)
One Battery Park Plaza
15 Battery Park Underpass
New York, NY 10004
Telephone: (201) 837-6000
Email: katie.coleman@hugheshubbard.com
      chris.gartman@hugheshubbard.com
      jeff.margolin@hugheshubbard.com

*Proposed Counsel to the Debtors and Debtors in Possession*