IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **NUVO GROUP USA, INC.,** *et al.,*[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 24-11880 (MFW) <br><br> (Jointly Administered) **Re:** <br><br> **D.I. 79 & 110** |

**ORDER (I) EXTENDING THE DEADLINE BY WHICH THE DEBTORS
MUST FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS
AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] filed by the above-captioned debtors and debtors-in-possession (the "Debtors"), pursuant to pursuant to sections 105(a) and 521(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 1007(c) and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-1(b) of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), seeking entry of an order (a) extending through and including October 21, 2024, the deadline (the "Schedules and Statements Deadline") by which the Debtors must file their schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements"); and (b) granting related relief; and upon consideration of the *Declaration of Robert Powell, Chief Executive Officer of the Debtors, in Support of First Day Relief*; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: Holdco Nuvo Group D.G Ltd. (5756); Nuvo Group Ltd. (3811); and Nuvo Group USA, Inc. (2727). The Debtors' mailing address for purposes of these Chapter 11 Cases is 300 Witherspoon Street, Suite 201, Princeton, New Jersey 08542.

2. Capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and due and proper notice of the Motion and the hearing to consider the relief requested therein (the "Hearing") appearing adequate and appropriate under the circumstances; and this Court having found that no other or further notice need be provided; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and any objections to the Motion having been withdrawn or overruled; and the relief granted herein being in the best interests of the Debtors, their estates, creditors and all parties-in-interest; and upon all of the proceedings before the Court and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Schedules and Statements Deadline is extended through and including October 21, 2024.

3. This Order is without prejudice to the right of the Debtors to seek further extensions of the Schedules and Statements Deadline.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: September 27th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE