```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE

IN RE:                            .    Chapter 11
                                  .
NUVO GROUP USA INC., et al.,      .    Case No. 24-11880 (MFW)
                                  .    (Jointly Administered)
        Debtors.                  .
                                  .
                                  .    October 21, 2024
. . . . . . . . . . . . . . . . . .    3:00 p.m.
.
                        TRANSCRIPT OF HEARING
                 BEFORE THE HONORABLE MARY F. WALRATH
                   UNITED STATES BANKRUPTCY JUDGE
```

Appearances:

Counsel to Debtors:      Morris Nichols Arsht & Tunnel, LLP
                         BY: DEREK C. ABBOTT, ESQ.
                             CURTIS MILLER, ESQ.
                         1201 North Market Street, Suite 1600
                         Wilmington, DE 19801
                         Phone:   (302) 658-9200
                         Email:   dabott@morrisnichols.com
                                  cmiller@morrisnichols.com

                         Hughes Hubbard & Reed LLP
                         BY:  CHRISTOPHER GARTMAN, ESQ.
                         One Battery Park Plaza
                         New York, NY 10004
                         Phone:   (212) 837-6000
                         Email:   cris.gartman@hugheshubbard.com


Audio Operator:          ASHLEY ALEXANDER, ECRO


Transcription Company:   Reliable
                         1007 N. Orange Street
                         Wilmington, Delaware 19801
                         (302)654-8080
                         Email: gmatthews@reliable-co.com



Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.
_____

**I N D E X**

**HEARING REGARDING:**

Debtors' Motion for (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; (E) Authorizing the Debtors to Designate a Stalking Horse Bidder and Seek Expedited Approval of Bid Protections, if any; and (F) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 147).

**PAGE**

**DECLARATIONS**
Beers Declaration                                                        4


**RULING:** Motion Granted

1          (Recorded proceedings commence at 3:00 p.m.)
2          THE COURT: Good afternoon. This is Judge Walrath.
3 We're here in the Nuvo Group case. I will turn it over to
4 counsel to the debtor.
5          MR. MILLER: Good afternoon, Your Honor. Curtis
6 Miller from Morris, Nichols, Arsht & Tunnell. I'm joined with
7 my co-counsel at Hughes Hubbard & Reed. And if it's okay with
8 Your Honor, I'll just turn it over to them.
9          THE COURT: Thank you.
10         MR. GARTMAN: Okay. Good afternoon, Your Honor,
11 Chris Gartman from Hughes Hubbard & Reed on behalf of the
12 debtors. And I'm here with my partner, Ms. Coleman. We are
13 here today seeking approval of the debtors' bidding procedures
14 motion, which is filed at Docket No. 147.
15         The bidding procedures motion seeks to establish
16 bidding procedures and assumption and assignment procedures
17 with respect to executory contracts in connection with the sale
18 of the debtors' assets.
19         No objections were received prior to the objection
20 deadline this past Friday, but we did receive a few informal
21 comments from the DIP lender that had been incorporated into
22 the revised form of proposed bidding procedures and proposed
23 order that was filed this morning at Docket No. 168.
24         Those revisions provide that the DIP lender is a
25 consultation party with respect to certain elements of the sale

1  process.
2          We filed a declaration of Lori Beers of the debtors'
3  investment banker, Intrepid, which is Exhibit B to the motion
4  at Docket No. 147.  And at this time I would like to move that
5  declaration into evidence.  Ms. Beers is here and available for
6  any cross-examination.
7          THE COURT:  Does anybody object to including the
8  declaration as part of the record?
9          I hear no objection.  It will be admitted as such.
10         (Ms. Beers Declaration entered into evidence.)
11         MR. GARTMAN:  Thank you, Your Honor.
12         So Intrepid has been actively soliciting potential
13 bids for the debtors' assets since they were engaged on
14 September 10th.  We have a number of potential interested
15 parties who are presently active in the debtors' data room.
16 And based on that level of activity, we're both pleased with
17 the level of interest thus far and we are hopeful to receive
18 stalking horse bids by this coming Friday, October 25th, which
19 is the deadline by which Intrepid has requested such bids from
20 potential interested parties.
21         In addition to that stalking horse bid deadline, the
22 bidding procedures also contemplate an overbid deadline of
23 November 26th and auction on December 4th, a sale on assumption
24 objection deadline of December 5th, a sale hearing on December
25 9th, and a sale closing by December 13th.

1        As Your Honor knows, the debtors' amended DIP
2   facility was modified over the past several weeks, and it now
3   contains sale related milestones.  Those milestones mirror the
4   deadlines in the proposed bidding procedures.
5        The funding provided under that DIP facility, as you
6   heard a few weeks ago, is included to allow for a runway to
7   complete a sale process under the deadlines proposed in the
8   bidding procedures motion.
9        As set forth in Ms. Beers declaration, Ms. Beers
10  believes that the proposed bidding procedures are designed to
11  promote a robust value maximizing sale process, and she
12  believes that the deadlines in the proposed bidding procedures
13  are reasonable and achievable.
14       The proposed deadlines are also necessitated by the
15  debtors' current liquidity position as the DIP budget ties
16  closely into the proposed bidding procedures deadlines.
17       Based on the above, given the facts and circumstances
18  of this case, the debtors believe the proposed bidding
19  procedures will maximize the value of their assets for their
20  stakeholders.
21       And so unless Your Honor has any questions, we
22  respectfully request that for the reasons stated in the bidding
23  procedures motion and the Beers Declaration, that the Court
24  approve the proposed bidding procedures and enter the proposed
25  bidding procedure order.  Thank you.

1    THE COURT: Okay. The only question I had is what
2 time of the day shall we have the sale hearing on the 9th? The
3 9th is, December 9th is clear for the Court except first thing
4 in the morning.
5    MR. GARTMAN: Whatever works for Your Honor works for
6 us.
7    THE COURT: All right. Shall we say 10:30?
8    MR. GARTMAN: Sure.
9    THE COURT: All right. Then I will approve the bid
10 procedures as proposed since there are no objections, and I'll
11 ask you to file and upload a form of order in accordance with
12 the revised order that you filed except it fills in the time of
13 the sale hearing. Okay?
14    MR. GARTMAN: Will do. Thank you very much, Your
15 Honor.
16    THE COURT: Thank you. And that's all we have for
17 today I believe?
18    MR. GARTMAN: That's all we have for today. Thank
19 you.
20    THE COURT: Thank you. We'll stand adjourned then.
21         (Proceedings adjourned 3:05 p.m.)
22                * * * *

1                        CERTIFICATION
2         I certify that the foregoing is a correct transcript
3  from the electronic sound recording of the proceedings in the
4  above-entitled matter to the best of our knowledge and ability.
5
6  /s/ Theresa Pullan                    October 25, 2024
7  Theresa Pullan, CET-780
8  Certified Court Transcriptionist
9  For Reliable