# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| **NUVO GROUP USA, INC.,** *et al.*,[1] | ) |
| | ) Case No. 24-11880 (MFW) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of Gaingels 10X Capital Diversity Fund I, LP ("Gaingels 10X"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: Holdco Nuvo Group D.G Ltd. (5756); Nuvo Group Ltd. (3811); and Nuvo Group USA, Inc. (2727). The Debtors' mailing address for purposes of these Chapter 11 Cases is 300 Witherspoon Street, Suite 201, Princeton, New Jersey 08542.

RLF1 31798695v.1

| | |
|---|---|
| Alexander J. Nicas | Russell C. Silberglied |
| James Lathrop | Matthew P. Milana |
| Alec Weinberg | **RICHARDS, LAYTON & FINGER, P.A.** |
| **GOODWIN PROCTER LLP** | One Rodney Square |
| The New York Times Building | 920 North King Street |
| 620 Eighth Avenue | Wilmington, Delaware 19801 |
| New York, New York 10018 | Telephone:  (302) 651-7700 |
| Telephone:  (212) 813-8800 | Facsimile:  (302) 651-7701 |
| Email: anicas@goodwinlaw.com | Email: silberglied@rlf.com |
|          jlathrop@goodwinlaw.com |          milana@rlf.com |
|          aweinberg@goodwinlaw.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of financial affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the Debtors, property of the Debtors, or property of the estates.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice shall not be deemed or construed to be a (i) consent to the jurisdiction and/or venue of the Bankruptcy Court, or (ii) a waiver of any rights of Gaingels 10X (a) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which Gaingels 10X is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Gaingels 10X expressly reserves.

| | |
|---|---|
| Dated: October 31, 2024<br>Wilmington, Delaware | */s/ Russell C. Silberglied*<br>Russell C. Silberglied (No. 3462)<br>Matthew P. Milana (No. 6681)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Email: silberglied@rlf.com<br>            milana@rlf.com<br><br>-and-<br><br>Alexander J. Nicas (*pro hac vice* pending)<br>James Lathrop (No. 6492)<br>Alec Weinberg (No. 7281)<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 813-8800<br>Email: anicas@goodwinlaw.com<br>            jlathrop@goodwinlaw.com<br>            aweinberg@goodwinlaw.com<br><br>*Counsel to Gaingels 10X Capital Diversity Fund I, LP* |