**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Nuvo Group Ltd. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11882 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | UNDETERMINED |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $21,746,100.09 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $21,746,100.09 |
   |---|

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | NOT APPLICABLE |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | NOT APPLICABLE |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

   | + $17,463,736.82 |
   |---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $17,463,736.82 |
   |---|

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Nuvo Group Ltd. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11882 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   CASH AND CASH EQUIVALENTS

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.   CASH ON HAND** | | | |
| **NONE** | | | |
| **3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.   BANK LEUMI | CHECKING | 0079 | $8,046.02 |
| **4.   OTHER CASH EQUIVALENTS** | | | |
| 4.1.   RESTRICTED CASH - BANK DEPOSIT FOR CREDIT CARD | | | $22,951.00 |
| **5   Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | | | $30,997.02 |

### Part 2:   DEPOSITS AND PREPAYMENTS

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.   DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1.   SECURITY DEPOSIT FOR RENT  - SHOVAL INVESTMENTS | $77,135.00 |

| | Current value of debtor's interest |
|---|---|
| **8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1.    2024 FDA ANNUAL REGISTRATION - FDA | $2,628.90 |
| 8.2.    BUSINESS OWNERS LIABILITY INSURANCE - US - HARTFORD UNDERWRITERS | $2,489.92 |
| 8.3.    CYBER LIABILITY INSURANCE - NON-US - CNA / HARDY/ LLOYDS OF LONDON | $8,195.04 |
| 8.4.    CYBER LIABILITY INSURANCE - US - WESTFIELD SPECIALTY | $14,764.72 |
| 8.5.    EMPLOYMENT PRACTICES/ FIDUCIARY LIABILITY INSURANCE - CHUBB INSURANCE COMPANY | $2,023.69 |
| 8.6.    IT LICENSES - BUSINESS DESIGN (L.A SOFTWARE) LTD. | $1,679.62 |
| 8.7.    IT RELATED - INVU-PNV-PROD | $270.95 |
| 8.8.    IT RELATED - MONDAY.COM | $195.61 |
| 8.9.    IT RELATED - SMARTSHEET | $499.99 |
| 8.10.    IT RELATED - SONARQUBE DEVELOPER | $710.00 |
| 8.11.    IT RELATED - TOP RAMDOR SYSTEMS & COMPUTERS | $24,794.77 |
| 8.12.    IT RELATED - ZOOM | $3,020.00 |
| 8.13.    PRODUCTS LIABILITY INSURANCE - LLOYD'S NWL 1218 | $19,580.86 |
| 8.14.    RENT - SHOVAL INVESTMENTS | $9,595.00 |

| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $167,584.07 |
|---|---|---|

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10.** **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11.** **ACCOUNTS RECEIVABLE** | |
| FACE AMOUNT - 90 DAYS OR LESS    $7,746.00 (face amount) - $0.00 (doubtful or uncollectable accounts) = → | $7,746.00 |

| **12** | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $7,746.00 |
|---|---|---|

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13.** **DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| **15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

NOT APPLICABLE

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| 19.1.    RAW MATERIALS | 6/30/2024 | $432,381.00 | MOVING AVERAGE | $432,381.00 |
| **20. WORK IN PROGRESS** | | | | |
| NONE | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.    FINISHED GOODS | 6/30/2024 | $22,218.00 | STANDARD COST | $22,218.00 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| NONE | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

$454,599.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.** FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | |
| **32.** OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | |

**33** Total of Part 6.
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

NOT APPLICABLE

**34.** Is the debtor a member of an agricultural cooperative?
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.** DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** OFFICE FURNITURE | | | |
|   39.1.  OFFICE FURNITURE | $239,224.00 | PURCHASE PRICE | UNDETERMINED |
| **40.** OFFICE FIXTURES | | | |
| **41.** OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE | | | |
|   41.1.  OFFICE EQUIPMENT INCLUDING COMPUTERS + SOFTWARE | $389,718.00 | PURCHASE PRICE | UNDETERMINED |
| **42.** COLLECTIBLES *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43** Total of Part 7.
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

UNDETERMINED

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
☐ No
☒ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.    DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48.    WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.    AIRCRAFT AND ACCESSORIES** | | | |
| **50.    OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |

| 51 | Total of Part 8.<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | NOT APPLICABLE |
|---|---|---|

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.    DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.    ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | OFFICE - YIGAL ALON ST. 94, TOWER 1, TEL AVIV 6789155 ISRAEL | REAL PROPERTY LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.2. | STORAGE UNIT - ISASHAR BROTHERS LTD MESHEK 38 AHISAMAKH 75121 ISRAEL | REAL PROPERTY LEASE | UNDETERMINED | N/A | UNDETERMINED |

| 56 | Total of Part 9.<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**    **INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.    DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.    A SPECIALLY PROGRAMMED COMPUTER PLATFORM TO GENERATE NEW DATA RELATED TO A CARRYING MOTHER AND METHODS OF USE THEREOF - U.S. APPLICATION/PATENT NO. 62/640,320 DATED 3/8/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.2.    A SPECIALLY PROGRAMMED COMPUTER PLATFORM TO GENERATE NEW DATA RELATED TO A CARRYING MOTHER AND METHODS OF USE THEREOF - U.S. APPLICATION/PATENT NO. 63/316,490 DATED 3/4/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.3.    A SPECIALLY PROGRAMMED COMPUTER PLATFORM TO GENERATE NEW DATA RELATED TO A CARRYING MOTHER AND METHODS OF USE THEREOF - U.S. APPLICATION/PATENT NO. 63/449,614 DATED 3/3/2023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.4.    A SPECIALLY PROGRAMMED COMPUTER PLATFORM TO MONITOR/TRACK/ANALYZE BIG DATA RELATED TO MACRO AND MICRO ENVIRONMENTS OF A CARRYING MOTHER AND A FETUS, AND METHODS OF USE THEREOF - U.S. APPLICATION/PATENT NO. 62/468,645 DATED 3/8/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.5.    ACOUSTIC SENSORS FOR ABDOMINAL FETAL CARDIAC ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 15/624,946 DATED 6/16/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.6.    ACOUSTIC SENSORS FOR ABDOMINAL FETAL CARDIAC ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 9713430 DATED 3/16/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.7.    APPARATUSES FOR TRACKING PHYSIOLOGICAL PARAMETERS OF MOTHER AND FETUS DURING PREGNANCY - U.S. APPLICATION/PATENT NO. 16/173,852 DATED 10/29/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.8.    APPARATUSES FOR TRACKING PHYSIOLOGICAL PARAMETERS OF MOTHER AND FETUS DURING PREGNANCY - U.S. APPLICATION/PATENT NO. 17/112,201 DATED 12/04/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.9.    AUDITORY STIMULATION TO CHANGE FETAL LOCATION, HEART BEAT OR WAKING STATE - U.S. APPLICATION/PATENT NO. 62/085,274 DATED 11/27/2014 | UNDETERMINED | N/A | UNDETERMINED |
| 60.10.    BELT - U.S. APPLICATION/PATENT NO. D793,027 DATED 11/13/2015 | UNDETERMINED | N/A | UNDETERMINED |
| 60.11.    BELT - U.S. APPLICATION/PATENT NO. D880,701 DATED 6/6/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.12.    CONTINUOUS NON-INVASIVE FETAL/MOTHER MONITORING USING FIXED LOCATION SENSORS - U.S. APPLICATION/PATENT NO. 62/069,347 DATED 10/28/2014 | UNDETERMINED | N/A | UNDETERMINED |
| 60.13.    CONTINUOUS NON-INVASIVE MONITORING OF A PREGNANT HUMAN SUBJECT - U.S. APPLICATION/PATENT NO. 10039459 DATED 12/23/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.14.    CONTINUOUS NON-INVASIVE MONITORING OF A PREGNANT HUMAN SUBJECT - U.S. APPLICATION/PATENT NO. 16/054,228 DATED 8/3/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.15.    CONTINUOUS NON-INVASIVE MONITORING OF A PREGNANT HUMAN SUBJECT - U.S. APPLICATION/PATENT NO. 17/024,408 DATED 9/17/2020 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.16. CONTINUOUS NON-INVASIVE MONITORING OF A PREGNANT HUMAN SUBJECT - U.S. APPLICATION/PATENT NO. 17/843,869 DATED 6/17/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.17. CONTINUOUS NON-INVASIVE MONITORING OF A PREGNANT HUMAN SUBJECT - U.S. APPLICATION/PATENT NO. 18/470,007/45188 | UNDETERMINED | N/A | UNDETERMINED |
| 60.18. CONTINUOUS NON-INVASIVE MONITORING OF A PREGNANT HUMAN SUBJECT - U.S. APPLICATION/PATENT NO. 9572504 DATED 3/16/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.19. ELECTRODES FOR ABDOMINAL FETAL ELECTROCARDIOGRAM DETECTION - U.S. APPLICATION/PATENT NO. 15/683,683 DATED 8/22/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.20. ELECTRODES FOR ABDOMINAL FETAL ELECTROCARDIOGRAM DETECTION - U.S. APPLICATION/PATENT NO. 9763583 DATED 3/16/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.21. FUSION SIGNAL PROCESSING FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 11324437 DATED 5/19/2021 | UNDETERMINED | N/A | UNDETERMINED |
| 60.22. FUSION SIGNAL PROCESSING FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 17/168,999 DATED 2/5/2021 | UNDETERMINED | N/A | UNDETERMINED |
| 60.23. FUSION SIGNAL PROCESSING FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 18/169,693 DATED 2/15/2023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.24. FUSION SIGNAL PROCESSING FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 62/970,585 DATED 2/5/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.25. METHODS AND SYSTEMS FOR TRACKING PHYSIOLOGICAL PARAMETERS OF MOTHER AND FETUS DURING PREGNANCY - U.S. APPLICATION/PATENT NO. 17/821,562 DATED 8/23/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.26. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 62/447,198 DATED 1/17/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.27. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 62/639,381 DATED 3/6/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.28. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 62/779,253 DATED 12/13/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.29. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 62/813,943 DATED 3/5/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.30. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 62/947,046 DATED 12/12/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.31. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 63/125,155 DATED 12/14/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.32. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 63/289,655 DATED 12/15/2021 | UNDETERMINED | N/A | UNDETERMINED |
| 60.33. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 63/387,627 DATED 12/15/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.34. METHODS FOR ASSESSING AMNIOTIC FLUID VOLUME USING BIOIMPEDANCE TOMOGRAPHY - U.S. APPLICATION/PATENT NO. 63/610,435 DATED 12/15/2023 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.35.  MUSICAL MATERNITY BELT - U.S. APPLICATION/PATENT NO. 60/835,897 DATED 8/7/2006 | UNDETERMINED | N/A | UNDETERMINED |
| 60.36.  MUSICAL MATERNITY BELT - U.S. APPLICATION/PATENT NO. 8396229 DATED 8/6/2007 | UNDETERMINED | N/A | UNDETERMINED |
| 60.37.  MUSICAL MATERNITY BELT - U.S. APPLICATION/PATENT NO. D614,377 DATED 8/14/2008 | UNDETERMINED | N/A | UNDETERMINED |
| 60.38.  NUVO TRADEMARK - U.S. APPLICATION/PATENT NO. 5308791 DATED 10/17/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.39.  NUVO TRADEMARK - U.S. APPLICATION/PATENT NO. 5592438 DATED 10/30/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.40.  NUVO TRADEMARK - U.S. APPLICATION/PATENT NO. 5940493 DATED 12/24/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.41.  NUVO TRADEMARK - U.S. APPLICATION/PATENT NO. 6610124 DATED 1/11/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.42.  NUVO TRADEMARK - U.S. APPLICATION/PATENT NO. 6630836 DATED 2/1/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.43.  SPECIALLY PROGRAMMED COMPUTER PLATFORM TO GENERATE NEW DATA RELATED TO A CARRYING MOTHER AND METHODS OF USE THEREOF - U.S. APPLICATION/PATENT NO. 62/815,188 DATED 3/7/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.44.  SPECIALLY PROGRAMMED COMPUTER PLATFORM TO GENERATE NEW DATA RELATED TO A CARRYING MOTHER AND METHODS OF USE THEREOF - U.S. APPLICATION/PATENT NO. 62/986,204 DATED 3/6/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.45.  SPECIALLY PROGRAMMED COMPUTER PLATFORM TO GENERATE NEW DATA RELATED TO A CARRYING MOTHER AND METHODS OF USE THEREOF - U.S. APPLICATION/PATENT NO. 63/157,196 DATED 3/5/2021 | UNDETERMINED | N/A | UNDETERMINED |
| 60.46.  SPECIALLY PROGRAMMED COMPUTER PLATFORM TO MONITOR/TRACK/ANALYZE BIG DATA RELATED TO MACRO AND MICRO ENVIRONMENTS OF A CARRYING MOTHER AND A FETUS, AND METHODS OF USE THEREOF - U.S. APPLICATION/PATENT NO. 62/309,363 DATED 3/16/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.47.  SYSTEM AND METHOD FOR MAINTAINING SENSOR CONTACT - U.S. APPLICATION/PATENT NO. 10617355 DATED 2/19/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.48.  SYSTEM AND METHOD FOR MAINTAINING SENSOR CONTACT - U.S. APPLICATION/PATENT NO. 11534109 DATED 4/13/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.49.  SYSTEM AND METHOD FOR MAINTAINING SENSOR CONTACT - U.S. APPLICATION/PATENT NO. 18/146,019 DATED 12/23/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.50.  SYSTEM AND METHOD FOR MAINTAINING SENSOR CONTACT - U.S. APPLICATION/PATENT NO. 62/632,113 DATED 2/19/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.51.  SYSTEM, DEVICE, AND METHOD FOR PRENATAL CLINICAL DECISION SUPPORT - U.S. APPLICATION/PATENT NO. 63/304,120 DATED 1/28/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.52.  SYSTEMS AND METHODS FOR HIGH RISK PREGNANCY AND ABNORMAL BIOMEDICAL ACTIVITY MONITORING AND DETECTION - U.S. APPLICATION/PATENT NO. 62/133,485 DATED 3/16/2015 | UNDETERMINED | N/A | UNDETERMINED |
| 60.53.  SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY - U.S. APPLICATION/PATENT NO. 62/713,324 DATED 8/1/2018 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.54. SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 10772568 DATED 8/1/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.55. SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 11284833 DATED 2/5/2021 | UNDETERMINED | N/A | UNDETERMINED |
| 60.56. SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 17/020,510 DATED 9/14/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.57. SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 17/592,456 DATED 2/3/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.58. SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 17/817,622 DATED 8/4/2022 | UNDETERMINED | N/A | UNDETERMINED |
| 60.59. SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 62/632,150 DATED 2/19/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.60. SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 62/751,011 DATED 10/26/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.61. SYSTEMS AND METHODS FOR MATERNAL UTERINE ACTIVITY DETECTION - U.S. APPLICATION/PATENT NO. 62/970,447 DATED 2/5/2020 | UNDETERMINED | N/A | UNDETERMINED |
| 60.62. SYSTEMS, APPARATUS AND METHODS FOR SENSING FETAL ACTIVITY - U.S. APPLICATION/PATENT NO. 10111600 DATED 7/16/2008 | UNDETERMINED | N/A | UNDETERMINED |
| 60.63. SYSTEMS, APPARATUS AND METHODS FOR SENSING FETAL ACTIVITY - U.S. APPLICATION/PATENT NO. 62/131,122 DATED 3/10/2015 | UNDETERMINED | N/A | UNDETERMINED |
| 60.64. SYSTEMS, APPARATUS AND METHODS FOR SENSING FETAL ACTIVITY - U.S. APPLICATION/PATENT NO. 9392952 DATED 10/23/2015 | UNDETERMINED | N/A | UNDETERMINED |
| 60.65. SYSTEMS, APPARATUSES AND METHODS FOR SENSING FETAL ACTIVITY - U.S. APPLICATION/PATENT NO. 10213120 DATED 2/22/2017 | UNDETERMINED | N/A | UNDETERMINED |
| 60.66. SYSTEMS, APPARATUSES AND METHODS FOR SENSING FETAL ACTIVITY - U.S. APPLICATION/PATENT NO. 11877834 DATED 2/11/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.67. SYSTEMS, APPARATUSES AND METHODS FOR SENSING FETAL ACTIVITY - U.S. APPLICATION/PATENT NO. 18/519,123 DATED 11/27/2023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.68. SYSTEMS, APPARATUSES AND METHODS FOR SENSING FETAL ACTIVITY - U.S. APPLICATION/PATENT NO. 62/629,510 DATED 2/12/2018 | UNDETERMINED | N/A | UNDETERMINED |
| 60.69. SYSTEMS, APPARATUSES AND METHODS FOR SENSING FETAL ACTIVITY - U.S. APPLICATION/PATENT NO. 9642544 DATED 3/16/2016 | UNDETERMINED | N/A | UNDETERMINED |
| 60.70. SYSTEMS, DEVICES, AND METHODS UTILIZING BIO-POTENTIAL DATA OBTAINED BY A PLURALITY OF BIO-POTENTIAL SENSORS FOR PRENATAL TRACKING - U.S. APPLICATION/PATENT NO. 18/161,789 DATED 1/30/2023 | UNDETERMINED | N/A | UNDETERMINED |
| 60.71. WET ELECTRODE FOR ABDOMINAL FETAL ELECTROCARDIOGRAM DETECTION - U.S. APPLICATION/PATENT NO. 16/279,768 DATED 2/19/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.72. WET ELECTRODE FOR ABDOMINAL FETAL ELECTROCARDIOGRAM DETECTION - U.S. APPLICATION/PATENT NO. 62/632,136 DATED 2/19/2018 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.    WWW.INVUBYNUVO.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.2.    WWW.INVUNUVO.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.3.    WWW.NUVO.GROUP | UNDETERMINED | N/A | UNDETERMINED |
| 61.4.    WWW.NUVOCARES.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.5.    WWW.NUVO-GROUP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.6.    WWW.NUVOINVU.COM | UNDETERMINED | N/A | UNDETERMINED |
| **62.    LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.    CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.    OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.    GOODWILL** | | | |
| **66    Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70.    DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.    NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| **72.    TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| 72.1.    FEDERAL NOL    Tax year    8/2024 | $21,085,174.00 |
| **73.    INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **NONE** | |
| **74.    CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **NONE** | |

| | Current value of debtor's interest |
|---|---|
| **75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS<br><br>NONE | |
| **76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY<br><br>NONE | |
| **77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP<br><br>NONE | |
| **78** Total of Part 11.<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $21,085,174.00 |
| **79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?<br>☒ No<br>☐ Yes | |

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $30,997.02 | |
| **81.** Deposits and prepayments. *Copy line 9, Part 2.* | $167,584.07 | |
| **82.** Accounts receivable. *Copy line 12, Part 3.* | $7,746.00 | |
| **83.** Investments. *Copy line 17, Part 4.* | | |
| **84.** Inventory. *Copy line 23, Part 5.* | $454,599.00 | |
| **85.** Farming and fishing-related assets. *Copy line 33, Part 6.* | | |
| **86.** Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | UNDETERMINED | |
| **87.** Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | | |
| **88.** Real property. *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → | | UNDETERMINED |
| **89.** Intangibles and intellectual property. *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** All other assets. *Copy line 78, Part 11.*    + | $21,085,174.00 | |
| **91.** Total. Add lines 80 through 90 for each column . . . . . . . . . 91a. | $21,746,100.09 | + 91b.  UNDETERMINED |
| **92.** Total of all property on Schedule A/B.  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $21,746,100.09 |

**Fill in this information to identify the case:**

Debtor    Nuvo Group Ltd.

United States Bankruptcy Court for the:    District of Delaware

Case number    24-11882
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1.    **1.  Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Nuvo Group Ltd. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11882 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☒ No. Go to Part 2.
☐ Yes. Go to line 2.

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☒ Yes.

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**

10X LLC
ATTN: HANS THOMAS
ONE WORLD TRADE CENTER, 85TH FLOOR
NEW YORK, NY  10007

**Date or dates debt was incurred**

5/6/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$160,000.00

**3.2**  **Nonpriority creditor's name and mailing address**

ALBERTO PERUCCHINI
ADDRESS ON FILE

**Date or dates debt was incurred**

1/17/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address**<br>ALIUNDE LTD.<br>ATTN: BERTRAND VELGE<br>BARNHOUSE FARM, BARNHOUSE LANE,<br>BROOKLAND<br>KENT  TN29 9TR<br>UNITED KINGDOM<br><br>**Date or dates debt was incurred**<br><br>3/11/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500,000.00 |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>ALTSHARE LTD<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>FINANCIAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,705.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>ARI PERKINS<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>2/27/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>AUTOMATION YERUHAM & CO. LTD.<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86.91 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>AUTOMAT-IT MALAM TEAM LTD<br><br>**Date or dates debt was incurred**<br><br>3/29/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IT SERVICES AGREEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $96,015.88 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.8**    **Nonpriority creditor's name and mailing address**

AVY BURSTIN
ADDRESS ON FILE

**Date or dates debt was incurred**

1/17/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $100,000.00

---

**3.9**    **Nonpriority creditor's name and mailing address**

BIOSTATS STATISTICAL CONSULTING LTD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSULTING AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $3,420.13

---

**3.10**    **Nonpriority creditor's name and mailing address**

BLINBAUM TRUST FBO MELISSA SHEEHAN
ATTN: JACQUES BLINBAUM
51 JONES ROAD
EAST QUOGUE, NY 11942

**Date or dates debt was incurred**

5/14/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $50,000.00

---

**3.11**    **Nonpriority creditor's name and mailing address**

BLINBAUM VENTURES LLC
ATTN: JACQUES BLINBAUM
51 JONES ROAD
EAST QUOGUE, NY 11942

**Date or dates debt was incurred**

5/14/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $500,000.00

---

**3.12**    **Nonpriority creditor's name and mailing address**

CEDARVIEW OPPORTUNITIES MASTER FUND LP
ATTN: BARUCH BURTON WEINSTEIN
1067 BROADWAY
WOODMERE, NY 11598

**Date or dates debt was incurred**

6/4/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $1,900,000.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.13**  **Nonpriority creditor's name and mailing address**
DELOITTE (BRIGHTMAN ALMAGOR ZOHAR AND CO.)

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,188.80

---

**3.14**  **Nonpriority creditor's name and mailing address**
DEVELEAP LTD

**Date or dates debt was incurred**
7/27/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSULTING AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,543.71

---

**3.15**  **Nonpriority creditor's name and mailing address**
DG GLOBAL

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.93

---

**3.16**  **Nonpriority creditor's name and mailing address**
DO-IT INTERNATIONAL DISSIDENT LTD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,028.83

---

**3.17**  **Nonpriority creditor's name and mailing address**
DONAWA LIFESCIENCE CONSULTING SRL

**Date or dates debt was incurred**
12/14/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSULTING AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,778.71

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.18**  **Nonpriority creditor's name and mailing address**

DOR SYSTEMS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT SERVICES AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,807.95

---

**3.21**  **Nonpriority creditor's name and mailing address**

EFFECTUS GROUP LLC

**Date or dates debt was incurred**

8/17/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSULTING AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,730.00

---

**3.22**  **Nonpriority creditor's name and mailing address**

EM CO-INVESTMENT FUND
ATTN: EDWARD MISRAHI
OUGLAND HOUSE, DS
GEORGE TOWN
CAYMAN ISLAND

**Date or dates debt was incurred**

5/22/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

---

**3.24**  **Nonpriority creditor's name and mailing address**

ERNST & YOUNG LLP

**Date or dates debt was incurred**

5/14/2021

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$117,000.00

---

**3.25**  **Nonpriority creditor's name and mailing address**

FINANCIAL IMMUNITIES DEALING ROOM LTD

**Date or dates debt was incurred**

6/5/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,997.78

---

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
</table>

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>FINN PARTNERS ISRAEL LTD<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PUBLIC RELATIONS CONTRACT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,759.50 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>FLEXTRONICS (ISRAEL) LTD<br><br>**Date or dates debt was incurred**<br>8/14/2018<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MANUFACTURING AGREEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $190,559.41 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>GAINGELS 10X CAPITAL DIVERSITY FUND I, LP<br>C/O GAINGELS MANAGEMENT LLC<br>PO BOX 927<br>BURLINGTON, VT  05402<br><br>**Date or dates debt was incurred**<br>1/2/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,000,000.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>GERALD KESTENBAUM<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>5/9/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500,000.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>GERALD OSTROV<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>5/14/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $336,000.00 |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** GERALD OSTROV ADDRESS ON FILE | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.00 |
|---|---|---|---|

3.31 | **Nonpriority creditor's name and mailing address**
GERALD OSTROV
ADDRESS ON FILE

**Date or dates debt was incurred**

1/17/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

3.32 | **Nonpriority creditor's name and mailing address**
GOLAN OLEG

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,925.14

---

3.33 | **Nonpriority creditor's name and mailing address**
GT- GREENBERG TRAURIG

**Date or dates debt was incurred**

7/7/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEGAL AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,958,883.74

---

3.34 | **Nonpriority creditor's name and mailing address**
HAMADA CONSULTING & DEVELOPMENT LTD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSULTING AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$585.00

---

3.35 | **Nonpriority creditor's name and mailing address**
HAYATI MOLINAS
ADDRESS ON FILE

**Date or dates debt was incurred**

4/10/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | **Amount of claim** |
|---|---|---|

| 3.36 | **Nonpriority creditor's name and mailing address**<br>HOGAN LOVELLS<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEGAL AGREEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,848.20 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>IBI CAPITAL LTD AND IBI TRUST MANAGEMENT<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYMENT AGREEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $119,782.06 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>I-CLOUDIUS LTD.<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYMENT AGREEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,441.20 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>IMPACT OUTSOURCING LTD<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYMENT AGREEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,459.57 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>INNOVATION HEALTH INC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,600.00 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.41** **Nonpriority creditor's name and mailing address**

ISASHAR BROTHERS LTD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,692.12

---

**3.42** **Nonpriority creditor's name and mailing address**

ISRAEL PLASTICS & RUBBER CENTER

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENTAL AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,796.03

---

**3.43** **Nonpriority creditor's name and mailing address**

JPS CAPITAL LLC
ATTN: JEFFREY SOROS
8433 HAROLD WAY
WEST HOLLYWOOD, CA  90069

**Date or dates debt was incurred**

1/17/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

---

**3.45** **Nonpriority creditor's name and mailing address**

LAMF SPAC I LLC
ATTN: MORGAN EARNEST
9255 SUNSET BLVD, SUITE 1100
WEST HOLLYWOOD, CA  90069

**Date or dates debt was incurred**

5/6/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$555,000.00

---

**3.47** **Nonpriority creditor's name and mailing address**

LF ANGEL INVESTMENTS LLC
ATTN: GORDON LOGAN
20159 WESTLAKE PKWY
GEORGETOWN, TX  78628

**Date or dates debt was incurred**

3/4/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.48** | **Nonpriority creditor's name and mailing address**

LF ANGEL INVESTMENTS LLC
ATTN: GORDON LOGAN
20159 WESTLAKE PKWAY
GEORGETOWN, TX  78628

**Date or dates debt was incurred**

4/16/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$250,000.00

---

**3.49** | **Nonpriority creditor's name and mailing address**

LUMIS INTERNATIONAL GMBH

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CLINICAL STUDY AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,952.44

---

**3.50** | **Nonpriority creditor's name and mailing address**

MASCOT NUVO LLC
ATTN: RON POLLACK
1862 MCCAULEY RD
CLEARWATER, FL  33765

**Date or dates debt was incurred**

3/29/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$270,000.00

---

**3.51** | **Nonpriority creditor's name and mailing address**

MASCOT NUVO LLC
ATTN: RON POLLACK
1862 MCCAULEY RD
CLEARWATER, FL  33765

**Date or dates debt was incurred**

3/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

---

**3.52** | **Nonpriority creditor's name and mailing address**

MASCOT NUVO LLC
ATTN: RON POLLACK
1862 MCCAULEY RD
CLEARWATER, FL  33765

**Date or dates debt was incurred**

4/8/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,500.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.53** **Nonpriority creditor's name and mailing address**
MEDITAL VISION LTD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,026.27

---

**3.54** **Nonpriority creditor's name and mailing address**
MEITAR LIKWERNICK GEVA LESHEM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$742,191.06

---

**3.56** **Nonpriority creditor's name and mailing address**
MICHAEL TARGOFF
ADDRESS ON FILE

**Date or dates debt was incurred**
5/17/2024

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

---

**3.57** **Nonpriority creditor's name and mailing address**
MICHAEL TARGOFF
ADDRESS ON FILE

**Date or dates debt was incurred**
3/7/2024

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

---

**3.58** **Nonpriority creditor's name and mailing address**
NAOTECH COMMUNICATION GROUP LTD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $198.50 |
| | NISTEC DESIGN LTD. | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,000.00 |
| | NLBDIT 2010 ENTERPRISES LLC ATTN: NATHAN LOW 175 GREAT NECK ROAD, SUITE 403 GREAT NECK, NY 11021 | ☐ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** 6/12/2024 | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,401.00 |
| | NORTEC AMI LTD | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,258.92 |
| | NPA PERSONAL FINANCIAL MANAGEMENT LTD. | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,246,497.00 |
| | NUVO GROUP USA, INC. 300 WITHERSPOON ST., SUITE 201 PRINCETON, NJ 08542 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** INTERCOMPANY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.64**

**Nonpriority creditor's name and mailing address**
OLIVIER BERNARD
ADDRESS ON FILE

**Date or dates debt was incurred**
1/17/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,000.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
ONO FINANCIAL SOLUTIONS LTD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,458.00

---

**3.66**

**Nonpriority creditor's name and mailing address**
OPSI UPS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SHIPPING AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,180.65

---

**3.67**

**Nonpriority creditor's name and mailing address**
ORACLE NETSUITE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IT SERVICES AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,761.04

---

**3.68**

**Nonpriority creditor's name and mailing address**
PLAY.HT

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$298.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,205.09 |
| | PRACTIPROJECT PR LTD | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | | |
| | | **Basis for the claim:** | |
| | | SUBSCRIPTION AGREEMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100,000.00 |
| | RICE POWELL | *Check all that apply.* | |
| | ADDRESS ON FILE | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | 1/17/2024 | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250,000.00 |
| | ROCIO LLC | *Check all that apply.* | |
| | ATTN: MICHAEL TABACINIC | ☐ Contingent | |
| | 3500 SOUTH DUPONT HIGHWAY | ☐ Unliquidated | |
| | DOVER, DE  19934 | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 3/7/2024 | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100,000.00 |
| | ROMAN NEUHAUSER | *Check all that apply.* | |
| | ADDRESS ON FILE | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | 1/17/2024 | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500,000.00 |
| | RONIT GLOBAL OPPORTUNITIES MASTER FUND LTD | *Check all that apply.* | |
| | ATTN: EDWARD MISRAHI | ☐ Contingent | |
| | UGLAND HOUSE | ☐ Unliquidated | |
| | GEORGE TOWN | ☒ Disputed | |
| | CAYMAN ISLANDS | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 5/22/2024 | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,080.55 |
| | SCALEOPS | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Last 4 digits of account number:** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | CONSULTING AGREEMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,312.13 |
| | SOFTQUEST SYSTEMS | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Last 4 digits of account number:** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | CONSULTING AGREEMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,856.25 |
| | SQ LINK LTD | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Last 4 digits of account number:** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,251.25 |
| | STANDARDS INSTITUTION OF ISRAEL. | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Last 4 digits of account number:** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,273.78 |
| | STARRY LTD | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | 5/20/2024 | ☐ Unliquidated | |
| | **Last 4 digits of account number:** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | | SUPPLIER AGREEMENT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.80**

**Nonpriority creditor's name and mailing address**

STECHNET INVESTMENTS LLC
ATTN: DANIEL SRAGOWICZ
KANE CONCOURSES, SUITE 214
BAY HARBOR IS, FL 33154

**Date or dates debt was incurred**

3/7/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

---

**3.81**

**Nonpriority creditor's name and mailing address**

TAMIM MOURAD REVOCABLE TRUST
ATTN: TAMIM MOURAD
528 PALISADES DRIVE 127
PACIFIC PALISADES, CA 90272

**Date or dates debt was incurred**

1/17/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$500,000.00

---

**3.82**

**Nonpriority creditor's name and mailing address**

TECH PACK LAB

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONSULTING AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,944.34

---

**3.83**

**Nonpriority creditor's name and mailing address**

TGI HOLDINGS, LLC
ATTN: MICHAEL TARGOFF
114 BEARS CLUB DRIVE
JUPITER, FL 33477

**Date or dates debt was incurred**

1/17/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,000.00

---

**3.84**

**Nonpriority creditor's name and mailing address**

THE JOHN USDAN FAMILY LIMITED PARTNERSHIP
ATTN: JOHN USDAN
8 CLAPBOARD HILL RD.
WESTPORT, CT 06880

**Date or dates debt was incurred**

3/4/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$300,000.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>TIKO PRODUCT DESIGN LTD<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,596.15 |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>TQR<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONSULTING AGREEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,684.80 |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>VALIMORIA LIMITED<br>ATTN: SHMULIK ABRAHAM<br>SPYROU KYPRIANOU 24,<br>MEGARO GIANNI-MARIA, OFFICE 105<br>LARNACA  6058<br>CYPRUS<br><br>**Date or dates debt was incurred**<br>1/11/2024<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,110,000.00 |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | **NOT APPLICABLE** |
| 5b. | Total claims from Part 2 | 5b.  + | **$17,463,736.82** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$17,463,736.82** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Nuvo Group Ltd. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11882 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | 10BIS<br>YIGAL ALON ST 96<br>TEL AVIV-YAFO<br>ISRAEL |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT DATED 11/27/2023 | 10X CAPITAL VENTURE ACQUISITION CORP III |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DATED 10/17/2023 | 8020 DESIGN LTD<br>101 - 524 YATES<br>VICTORIA, BC  V8W 1K8<br>CANADA |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | ADI YARDEN<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SOFTWARE AGREEMENT | AHARON HARAVON<br>ADDRESS REDACTED |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT | ALM-TOOLBOX LTD |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FINANCIAL SERVICES | AMIR GLUCKMAN<br>ADDRESS REDACTED |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | AMIR STEINBERG<br>ADDRESS REDACTED |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PUBLIC RELATIONS CONTRACT DATED 02/14/2024 | AMIT RECHES<br>ADDRESS REDACTED |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANUFACTURING AGREEMENT | ARI KLEIN<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | ARIEL RAZ<br>ADDRESS REDACTED |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | ARK ROAD STORAGE LLC |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINANCIAL SERVICES DATED 03/27/2024 | ARROW RAPAC LTD<br>36 SHACHAM ST.<br>PETAC TIKVA 4951729<br>ISRAEL |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT DATED 03/29/2022 | AUTOMAT-IT MALAM TEAM LTD<br>ATTN: ERAN IVRY<br>53 AVSHALOM GISSIN ST<br>PETACH-TIKVA 4922297<br>ISRAEL |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | BARAK LAISH<br>ADDRESS REDACTED |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | BENJAMIN DRAI<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SHIPPING AGREEMENT | BEZEQ COMMUNICATIONS <br> DERECH MENACHEM BEGIN 132 <br> TEL AVIV-YAFO <br> ISRAEL |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTING AGREEMENT | BIOSTATS STATISTICAL CONSULTING LTD <br> NAHAL SOREK ST 15 <br> MODIIN-MACCABIM-REUT <br> ISRAEL |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CLINICAL STUDY AGREEMENT DATED 07/21/2023 | BOAZ SADEH <br> ADDRESS REDACTED |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTING AGREEMENT | BSI GROUP AMERICA INC |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FINANCIAL SERVICES DATED 07/09/2021 | BUTCHKO, MICHAEL <br> ADDRESS REDACTED |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBSCRIPTION AGREEMENT | CHEN RUBINSTEIN <br> ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DATED 07/08/2022 | CISION US INC<br>130 EAST RANDOLPH STREET, 7TH FL<br>CHICAGO, IL  60601 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | COBBS ALLEN CAPITAL LLC |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHIPPING AGREEMENT DATED 07/25/2024 | COMEET<br>121 DERECH MENACHEM BEGIN<br>TEL AVIV<br>ISRAEL |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DATED 07/27/2022 | DEVELEAP LTD<br>LIAT MAZOR DVORA HANEVIA 9<br>KFAR SABA<br>ISRAEL |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT DATED 09/20/2021 | DILIGENT CORPORATION<br>1111 19TH ST.NW 9 TH FLOOR<br>WASHINGTON, DC  20036 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | DO-IT INTERNATIONAL DISSIDENT LTD<br>DISSIDENT LTD.<br>P.O. BOX 17771<br>TEL AVIV  61177<br>ISRAEL |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 12/14/2021 | DONAWA LIFESCIENCE CONSULTING SRL |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT | DOR SYSTEMS<br>ROEY AVIRAN DERECH<br>HAIFA  2822629<br>ISRAEL |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | DOTAN RAVIV<br>ADDRESS REDACTED |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | DOUG BLANKENSHIP<br>ADDRESS REDACTED |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT | DR. NADAV SCHWARTZ, M.D.<br>ADDRESS REDACTED |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | DVIR ITZHAKOV<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DATED 08/17/2023 | EFFECTUS GROUP LLC<br>ATTN: ELI SELLER<br>1735 TECHNOLOGY DRIVE, SUITE 780<br>SAN JOSE, CA  95110-1735 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | EFRAT BEN HAIM<br>ADDRESS REDACTED |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AUTHORIZED REPRESENTATIVE AGREEMENT DATED 04/05/2022 | EMERGO EUROPE BV |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINANCIAL SERVICES | EMPIRE FILINGS LLC<br>99 WALL STREET SUITE 624<br>NEWE YARAK, NY  10005 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER | EPIQ CORPORATE RESTRUCTURING LLC |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEGAL AGREEMENT DATED 05/14/2021 | ERNST & YOUNG LLP |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL AGREEMENT DATED 02/02/2024 | ESHARES INC |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | LEGAL AGREEMENT DATED 08/14/2018 | FELXTRONICS MEDICAL SALES & MARKETING LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | DATED 06/05/2023 | FINANCIAL IMMUNITIES DEALING ROOM LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | PUBLIC RELATIONS CONTRACT | FINN PARTNERS ISRAEL LTD HARTUM ST 8 JERUSALEM ISRAEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | PREMIUM FINANCE AGREEMENT | FIRST INSURANCE FUNDING 450 SKOKIE BLVD, STE 1000 NORTHBROOK, IL 60062-7917 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | MANUFACTURING AGREEMENT DATED 08/14/2018 | FLEXTRONICS (ISRAEL) LTD RAMAT GAVRIEL IND. ZONE MIGDAL HAEMEK ISRAEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DATED 02/04/2022 | FORCEMEDIC DESIGN LLC<br>1845 CEDAR ST<br>HOLT, MI  44842 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STAFFING AGREEMENT DATED 06/07/2022 | FRONTLINE MONITORS<br>854 CRITTENDENS MILL ROAD<br>P. O. BOX 2101<br>TAPPAHANNOCK, VA  22560 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | GAL ISRAEL<br>ADDRESS REDACTED |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | GALI RIMON<br>ADDRESS REDACTED |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | GILCHER, DANIEL<br>ADDRESS REDACTED |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEGAL SERVICES AGREEMENT DTD 7/7/2015 | GREENBERG TRAURIG, P.A.<br>ONE AZRIELI CENTER<br>ROUND TOWER, 30TH FLOOR<br>132 MENACHEM BEGIN<br>TEL AVIV  67021<br>ISRAEL |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LEGAL AGREEMENT DATED 07/07/2015 | GT- GREENBERG TRAURIG<br>132 MENACHEM BEGIN ONE<br>AZRIELI CENTER ROUND TOWER, 30TH FLOOR<br>TEL AVIV  6701101<br>ISRAEL |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FINANCIAL SERVICES DATED 08/25/2022 | GUBERMAN CONSULTING LTD<br>VIKTORIA 12 YAD HARUTZIM<br>TEL-AVIV  6770005<br>ISRAEL |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE AGREEMENT | GUEST KRIEGER LIMITED<br>68 CORNHILL<br>LONDON  EC3V 3QX<br>UNITED KINGDOM |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 05/29/2019 | HADASIT MEDICAL RESEARCH SVCS & DEV LTD<br>P O BOX 96009618<br>JERUSALEM<br>ISRAEL |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 05/29/2019 | HADASIT MEDICAL RESEARCH SVCS & DEV LTD<br>P O BOX 96009618<br>JERUSALEM<br>ISRAEL |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FEES PAYMENT PLAN AGREEMENT DTD 4/4/2024 RE: ENGAGEMENT LETTER DTD 12/1/2022 | HERZOG FOX & NEEMAN<br>HERZOG TOWER<br>6 YITZHAK SADEH ST.<br>TEL AVIV  6777506<br>ISRAEL |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT | HIBOB LTD<br>SHONCINO 3<br>TEL AVIV<br>ISRAEL |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | IBI CAPITAL LTD AND IBI TRUST MANAGEMENT |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 11/10/2021 | IHC HEALTH SERVICES INC<br>PO BOX 57828<br>SLC SALT LAKE CITY, UT 84157 |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | ILLIA SLABII<br>ADDRESS REDACTED |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 03/04/2024 | INTE SECURITIES LLC<br>42 BROADWAY SUITE 12-128<br>NEW YORK, NY 10004 |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DATED 06/22/2022 | INTERCOM INC |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DATED 06/22/2022 | INTERCOM R&D UNLIMITED COMPANY<br>18-21 ST. STEPHEN'S GREEN<br>DUBLIN 2<br>IRELAND |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | ISSUER DIRECT CORPORATION<br>1 GLENWOOD AVE, SUITE 1001<br>RALEIGH RALEIGH, NC  27603 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | ISSUER DIRECT CORPORATION<br>1 GLENWOOD AVE, SUITE 1001<br>RALEIGH RALEIGH, NC  27603 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | JESSICA SORBINO<br>ADDRESS REDACTED |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | KELLY COTONI<br>ADDRESS REDACTED |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | KEREN SHALEV<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | KIM MOSIA<br>ADDRESS REDACTED |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | KRISTIN NOWAK<br>ADDRESS REDACTED |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 06/06/2022 | K-TOR CONSULTING SERVICES LTD |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | LESIA CHEREVKO<br>ADDRESS REDACTED |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 11/27/2023 | LIGO PARTNERS LLC |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 05/20/2024 | LOKALISE, INC.<br>3500 SOUTH DUPONT HIGHWAY SUITE BZ-101<br>DOVER, DE  19901 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CLINICAL STUDY AGREEMENT | LUMIS INTERNATIONAL GMBH<br>GIESEBRECHTSTRASSE 15<br>BERLIN  10629<br>GERMANY |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | MAGGIE BRANCH<br>ADDRESS REDACTED |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | MAKSYM BILOKON<br>ADDRESS REDACTED |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | MAKSYM KHMELKOVSKYI<br>ADDRESS REDACTED |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT DATED 01/16/2024 | MANIFEST RESOLUTION LTD<br>4 UZI HITMAN<br>YAVNE<br>ISRAEL |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | MAX BERNSTEIN<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 01/22/2024 | MEDISTAT LTD<br>3 HANEHOSHET ST.<br>TEL-AVIV<br>ISRAEL |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DATED 01/22/2024 | MEDISTAT LTD<br>3 HANEHOSHET ST.<br>TEL-AVIV<br>ISRAEL |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | MEITAR<br>ATTN: MEIR AKUNIS<br>ABBA HILLEL SILVER RD 16<br>RAMAT GAN<br>ISRAEL |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | MOKED EMUN<br>ADDRESS REDACTED |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | MOSHE OFRY<br>ADDRESS REDACTED |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DATED 05/11/2023 | MOURANT OZANNES (CAYMAN) LP<br>94 SOLARIS AVENUE, CAMANA BAY<br>P.O. BOX 1348<br>GRAND CAYMAN  KY1-1108<br>CAYMAN ISLANDS |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | MOUSER ELECTRONICS ISRAEL LTD<br>AARON KATZIN 43<br>RAANANA<br>ISRAEL |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | MUHAMMAD MHAJNA<br>ADDRESS REDACTED |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | MUSTAFA BSHARA<br>ADDRESS REDACTED |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | NATALI MALKOV<br>ADDRESS REDACTED |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | NIR KOZOKARO<br>ADDRESS REDACTED |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | NITSAN HINI<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | NOAH KLEIN ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 05/02/2023 | NOGA CS LTD HAMEYASDIM 1 KFAR MASARYK ISRAEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | OHAD REGEV ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | OPHIR MEYUCHAS ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | SHIPPING AGREEMENT | OPSI UPS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | IT SERVICES AGREEMENT | ORACLE CORPORATION UK LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT | ORACLE NETSUITE<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA  94065 |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLIER AGREEMENT | ORANGE SRL |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT | ORLY HIRSCH<br>ADDRESS REDACTED |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYMENT AGREEMENT DATED 04/10/2024 | OZ, OREN<br>ADDRESS REDACTED |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT | PALLADIUM CAPITAL GROUP LLC<br>152 WEST 57TH ST, 22ND FLOOR<br>NEW YORK, NY  10019 |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT | PARTNER COMMUNICATIONS COMPANY<br>AMAL ST 8<br>ROSH HAAYIN<br>ISRAEL |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE  RUSLAN CHUKHONTSEV<br>ADDRESS REDACTED |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE EMIL ABKERIMOV<br>ADDRESS REDACTED |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE IRYNA VASYLIEVA<br>ADDRESS REDACTED |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE MAXYM DUROV<br>ADDRESS REDACTED |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE- OKSANA DIONISIEVA<br>ADDRESS REDACTED |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE OLEKSANDR PIDHORNYI<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE RUSLAN MATSO<br>ADDRESS REDACTED |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE TARAS VERBNIAK<br>ADDRESS REDACTED |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | PE YAROSLAV YUZVENKO<br>ADDRESS REDACTED |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | PHILIPS ELECTRONICS NEDERALAND B.V.<br>High Tech Campus 52 5656 AG<br>Noord-Brabant<br>Netherlands |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | PLUXEE ISRAEL (SODEXO) |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION AGREEMENT | PRACTIPROJECT PR LTD<br>GAPONOV 1<br>RAMAT-GAN<br>ISRAEL |

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | | PRIMO MICROPHONES GMBH<br>OTTO-HAHN-STRASSE 30A<br>FRIEDRICHSDORF 61381<br>GERMANY |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER | PWC ISRAEL<br>ATTN: MAYA PERI<br>PO BOX 7187<br>TEL AVIV 6107120<br>ISRAEL |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | | RESEARCH FUND OF THE HADASSAH MEDICAL ORGANIZATION<br>ORGANIZATION<br>HADASSAH UNIVERSITY HOSPITAL EIN KEREM<br>POB 12000<br>JERUSALEM<br>ISRAEL |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | REVA SANDERS<br>ADDRESS REDACTED |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | RON LEVI<br>ADDRESS REDACTED |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | RONNY TARSHISH<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | RYAN KRAUDEL<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | SANDRA GRABOWSKI<br>ADDRESS REDACTED |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DATED 06/22/2021 | SAPPHIRE INVESTOR RELATIONS LLC<br>16 LAUREL AVENUE SUITW 210<br>WELLESLEY HILLS, MA  02481 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | INVESTOR RELATIONS SERVICES CONSULTING AGREEMENT DTD 6/22/2021 | SAPPHIRE INVESTOR RELATIONS, LLC<br>ATTN: ERICA L. MANNION<br>16 LAUREL AVENUE SUITE 210<br>WELLESLEY HILLS, MA  02481 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | SCALEOPS<br>SOKOLOV 23<br>TEL AVIV-YAFO<br>ISRAEL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED 05/27/2021 | SEKER-DELOITTE LTD |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | SFDC IRELAND LTD |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | SHAI KEINAN<br>ADDRESS REDACTED |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DATED 02/01/2023 | SHKOLNIK, KETTY<br>ADDRESS REDACTED |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | SHOSHI VALTZER<br>ADDRESS REDACTED |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT | SHOVAL INVESTMENTS & MANAGEMENT LTD<br>ATTN: LINOY HAMAMI<br>94 YIGAL ALON STREET<br>TEL AVIV  6789155<br>ISRAEL |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT<br><br><br><br>12/24/2024 | SHOVAL INVESTMENTS<br>YIGAL ALON ST.<br>TOWER 1<br>TEL AVIV  6789155<br>ISRAEL |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | SOFTQUEST SYSTEMS<br>HA-SHOMRIM ST 61<br>REHOVOT<br>ISRAEL |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DATED 06/26/2023 | SPIEGELMAN, ASHER<br>ADDRESS REDACTED |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLIER AGREEMENT DATED 05/20/2024 | STARRY LTD |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | STEVE DUNN<br>ADDRESS REDACTED |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | TECH PACK LAB<br>ATTN: LIAT MERON<br>TECHPACK LAB PROF. YISRAEL AUMANN 1/19<br>REHOVOT 7608654<br>ISRAEL |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | THE DIAMOND GROUP<br>1319 MILITARY CUTOFF ROAD SUITE CC<br>WILMINGTON, NC 28405 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTING AGREEMENT | TIGERLABS ON WITHERSPOON LLC |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOFTWARE AGREEMENT | TOP RAMDOR SYSTEMS & COMPUTERS (1990) LTD <br> KIRYAT ATIDIM BUILDING 1 <br> TEL AVIV <br> ISRAEL |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTING AGREEMENT | TQR <br> YAUR SHTERN 124 <br> BET ARIE <br> ISRAEL |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CLINICAL STUDY AGREEMENT DATED 05/01/2021 | TRUSTEES OF UNIVERSITY OF PA <br> PENNSYLVANIA <br> MEGAN HELFRICK (DEPT BUS. OFF CONTACT) <br> 3451 WALNUT ST, 5TH FL., FRANKLIN BLDING <br> PHILADELPHIA, PA  19104-6205 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | | UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT | VITALII HARSHYN <br> ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FEES PAYMENT PLAN AGREEMENT DTD 4/3/2024 RE: ENGAGEMENT LETTER DTD 7/21/2021 | WHITE & CASE LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1095 |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE AGREEMENT | WILLIS TOWERS WATSON ISRAEL INS BROKERS LTD |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT | YAEL KULISH<br>ADDRESS REDACTED |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINANCIAL SERVICES | YEHEZKEL CPA LLC<br>400 TENAFLY RD UNIT 466<br>TENAFLY, NJ 07670 |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | ZOOM VIDEO COMMUNICATIONS INC<br>55 ALMADEN BOULEVARD, 6TH FLOOR<br>SAN JOSE, CA 95113 |

**Fill in this information to identify the case:**

Debtor    Nuvo Group Ltd.

United States Bankruptcy Court for the:    District of Delaware

Case number    24-11882
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☐ Yes. |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Nuvo Group Ltd. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11882 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/01/2024
MM / DD / YYYY

✘ /s/ James S. Feltman
Signature of individual signing on behalf of debtor

James S. Feltman
Printed name

Chief Restructuring Officer
Position or relationship to debtor