**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>NUVO GROUP USA INC., *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 24-11880 (MFW)<br><br>(Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 11, 2024, AT 10:30 A.M. (EASTERN TIME)**

> **THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**
>
> **TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**
>
> **PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING.**
>
> **YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.**
>
> **ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of their respective federal tax identification numbers, are: Nuvo Group USA, Inc. (2727), Holdco Nuvo D.G Ltd. (5756), and Nuvo Group Ltd. (3811). Their addresses are, respectively, 300 Witherspoon, Suite 201, Princeton, NJ 08542 and Yigal Alon 94, Tower 1, Tel Aviv 6789155 Israel.

[2] The agenda has been amended to include hyperlinks for all referenced documents.

**MATTERS GOING FORWARD**

1.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions, (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims and (III) Granting Related Relief (D.I. 5, filed 8/27/24).

    Objection Deadline:  November 26, 2024, at 4:00 p.m. (ET).

    Responses Received:  Informal comments from the U.S. Trustee.

    Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions, (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims and (III) Granting Related Relief (D.I. 34, entered 8/28/24);

    B.  Second Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain their Existing Cash Management System, and Bank Accounts, (B) Honor Certain Prepetition Obligations Related thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions; (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims; and (III) Granting Related Relief (D.I. 86, entered 9/20/24);

    C.  Third Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain their Existing Cash Management System, and Bank Accounts, (B) Honor Certain Prepetition Obligations Related thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions; (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims; and (III) Granting Related Relief (D.I. 154, entered 10/15/24);

    D.  Fourth Interim Order (I) Authorizing the Debtors to (A) Continue to Maintain Their Existing Cash Management System, and Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Ordinary Course Intercompany Transactions; (II) Granting Administrative Expense Status to Ordinary Course Postpetition Intercompany Claims; and (III) Granting Related Relief (D.I. 209, entered 11/12/24); and

    E.  Omnibus Notice of Final Hearing (D.I. 278, filed 12/4/24).

    Status:  The Debtors will submit a proposed form of interim order further extending a period of thirty (30) days to comply with section 345(b).

2.   Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Expense Claims, (B) Scheduling a Final Hearing; and (C) Granting Related Relief (D.I. 12, filed 8/27/24).

Objection Deadline:  November 26, 2024, at 4:00 p.m. (ET). Extended for Gaingels 10X Capital Diversity GP I, LLC to a date to be determined.

Responses Received:  None.

Related Documents:

A.   Interim Order Pursuant to Sections 105, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, (B) Scheduling a Final Hearing, and (C) Granting Related Relief (D.I. 44, entered 8/28/24);

B.   Debtors' Supplemental Motion for Entry of Interim and Final Orders Pursuant to Sections 105, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, (B) Scheduling a Final Hearing; and (C) Granting Related Relief (D.I. 132, filed 10/8/24);

C.   Second Interim Order Pursuant to Sections 105, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, (B) Scheduling a Final Hearing, and (C) Granting Related Relief (D.I. 143, entered 10/10/24);

D.   Third Interim Order Pursuant to Sections 105, 362, 363 and 364 of the Bankruptcy Code and Rules 2002, 4001, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to Obtain Secured Superpriority Postpetition Financing and Granting Liens and Superpriority Administrative Claims, (B) Scheduling a Final Hearing, and (C) Granting Related Relief (D.I. 225, entered 11/14/24); and

E.   Omnibus Notice of Final Hearing (D.I. 278, filed 12/4/24).

Status:  This matter is going forward.

3.   Debtors' Motion for (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; (E) Authorizing the Debtors to Designate a Stalking Horse Bidder and Seek Expedited Approval of Bid Protections, if any; and (F) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 147, filed 10/11/24).

Objection Deadline:  November 26, 2024, at 4:00 p.m. (ET).

Responses Received:

   A.   Informal comments from Donawa Lifescience;

   B.   Informal comments from Adama GmbH;

   C.   Gaingels 10X Capital Diversity GP I, LLC's Objection to Debtors' Sale Motion (D.I. 249, filed 11/26/24); and

   D.   Oracle's Limited Objection and Reservation of Rights Regarding Debtors' Sale Motion, and Related Notice of Proposed (I) Assumption and Assignment or Transfer of Designated Executory Contracts and Unexpired Leases and (II) Cure Amounts (D.I. 252, filed 11/26/24).

Related Documents:

   A.   Order (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; (E) Authorizing the Debtors to Designate a Stalking Horse Bidder and Seek Expedited Approval of Bid Protections, if Any, and (F) Granting Related Relief (D.I. 170, entered 10/21/24);

   B.   Notice of Revised Bidding Procedures Deadlines (D.I. 197, filed 11/6/24);

   C.   Notice of Proposed (I) Assumption and Assignment or Transfer of Designated Executory Contracts and Unexpired Leases and (II) Cure Amounts (D.I. 198, filed 11/6/24);

D.  Notice of Proposed Sale of All or Substantially All of the Debtors' Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto (D.I. 201, filed 11/8/24);

E.  [WITHDRAWN] Notice of Designation of Successful Bid (D.I. 240, filed 11/21/24);

F.  Second Notice of Designation of Successful Bid (D.I. 242, filed 11/21/24); and

G.  Omnibus Notice of Final Hearing (D.I. 278, filed 12/4/24).

Status:  The Debtors are continuing to finalize an asset purchase agreement and a proposed form of sale order with Nuvo International Group, Inc., and will file each as soon as possible.  The Debtors will also file a reply to Gaingels 10X Capital Diversity GP I, LLC's Objection to Debtors' Sale Motion.  All cure objections will be adjourned to a date to be determined.  This matter will go forward.

December 9, 2024
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Avery Jue Meng*

Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
Clint M. Carlisle (No. 7313)
Avery Jue Meng (No. 7238)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabott@morrisnichols.com
        cmiller@morrisnichols.com
        ccarlisle@morrisnichols.com
        ameng@morrisnichols.com

*-and-*

**HUGHES HUBBARD & REED LLP**

Kathryn A. Coleman (admitted *pro hac vice)*
Christopher Gartman (admitted *pro hac vice*)
Jeffrey S. Margolin (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Email: katie.coleman@hugheshubbard.com
        chris.gartman@hugheshubbard.com
        jeff.margolin@hugheshubbard.com

*Counsel to the Debtors and Debtors in Possession*