# **EXHIBIT A**

Proposed Form of Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **NUVO GROUP USA, INC., *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 24-11880 (MFW) <br><br> (Jointly Administered) <br><br> Re: D.I. \_\_\_ |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A LATE REPLY IN SUPPORT OF MOTION FOR (I) AN ORDER (A) APPROVING BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS; (B) APPROVING PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OR REJECTION OF DESIGNATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (C) SCHEDULING THE AUCTION AND SALE HEARING; (D) APPROVING FORMS AND MANNER OF NOTICE OF RESPECTIVE DATES, TIMES, AND PLACES IN CONNECTION THEREWITH; (E) AUTHORIZING THE DEBTORS TO DESIGNATE A STALKING HORSE BIDDER AND SEEK EXPEDITED APPROVAL OF BID PROTECTIONS, IF ANY; AND (F) GRANTING RELATED RELIEF; (II) AN ORDER (A) APPROVING THE SALE OF THE DEBTORS' ASSETS FREE AND CLEAR OF CLAIMS, LIENS, AND ENCUMBRANCES; AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) CERTAIN RELATED RELIEF**

Upon consideration of the *Debtors' Motion for Leave to File a Late Reply in Support of Motion for (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; (E) Authorizing the Debtors to Designate a Stalking Horse Bidder and*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are: Holdco Nuvo Group D.G Ltd. (5756); Nuvo Group Ltd. (3811); and Nuvo Group USA, Inc. (2727). The Debtors' mailing address for purposes of these Chapter 11 Cases is 300 Witherspoon Street, Suite 201, Princeton, New Jersey 08542.

*Seek Expedited Approval of Bid Protections, if any; and (F) Granting Related Relief; (II) an Order Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief* (the "<u>Motion for Leave</u>"),[2] it is hereby ORDERED that:

1. The Motion for Leave is GRANTED.

2. The Debtors are authorized to file the Reply.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion for Leave.