# SIGN-IN SHEET

**CASE NAME:** Nuvo Group USA, Inc.

**COURTROOM NUMBER:** 4

**CASE NUMBER:** 24-11880 (MFW)

**DATE:** December 11, 2024 at 2:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeremy Ryan | Potter Anderson | Nuvo Investors DIP LLC |
| Brett Haywood | Potter Anderson | Nuvo Investors DIP LLC |
| Curtis Miller | Morris Nichols | Debtors |
| Katie Coleman | Hughes Hubbard | '' |
| Chris Gartman | '' | '' |
| Ashly Riches | Bayard, P.A. | Nuvo Int'l |
| Russell Silberglied | Richards, Layton & Finger | Gaingels 10X |
| Alex Nicas | Goodwin Proctor | Gaingels 10X |
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Case 24-11880-MFW   Doc 304   Filed 12/11/24   Page 1 of 3

Nuvo Group USA, Inc. 24-11880
December 11, 2024 at 10:30 am

| | First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|---|
| | First Name | Last Name | Firm | Rep | Case Number | Via |
| 2 | Derek | Abbott | Morris Nichols | Debtors | 24-11880-MFW | Video and Audio |
| 3 | Ana | Alvarenga | Intrepid Investment Bankers | | 24-11880-MFW | Video and Audio |
| 4 | Rick | Archer | Law360 | | 24-11880-MFW | Audio Only |
| 5 | Barry | Bazian | Goodwin Procter LLP | Gaingels 10X Capital Diversity Fund I, LP | 24-11880-MFW | Video and Audio |
| 6 | Lorie | Beers | intrepid IB | Debtor | 24-11880-MFW | Video and Audio |
| 7 | Elizabeth | Beitler | Hughes Hubbard | debtors | 24-11880-MFW | Video and Audio |
| 8 | Max | Bernstein | | | 24-11880-MFW | Audio Only |
| 9 | David | Blinbaum | | Blinbaum Ventures LLC | 24-11880-MFW | Video and Audio |
| 10 | Clint | Carlisle | Morris Nichols | Debtors | 24-11880-MFW | Video and Audio |
| 11 | Kathryn | Coleman | Hughes Hubbard | Debtors | 24-11880-MFW | Video and Audio |
| 12 | Aaron | Colodny | White & Case LLP | Debtors | 24-11880-MFW | Video and Audio |
| 13 | Carl | Comstock | intrepid IB | Debtor | 24-11880-MFW | Video and Audio |
| 14 | Amish | Doshi | Doshi Legal Group, P.C. | Oracle America, Inc. | 24-11880-MFW | Video and Audio |
| 15 | James | Feltman | Teneo | Debtor | 24-11880-MFW | Video and Audio |
| 16 | Christopher | Gartman | Hughes Hubbard | Debtors | 24-11880-MFW | Video and Audio |
| 17 | Kay | Gordon | Foley & Lardner LLP | Nuvo Int'l Group Inc. | 24-11880-MFW | Video and Audio |
| 18 | Jacob | Grover | Intrepid Investment Bankers | Nuvo Group | 24-11880-MFW | Video and Audio |
| 19 | Brett | Haywood | Potter Anderson & Corroon | Nuvo Investor DiP LLC | 24-11880-MFW | Video and Audio |
| 20 | Deb | Henretta | | Larry Klein | 24-11880-MFW | Audio Only |
| 21 | Lauren | Huber | Potter Anderson & Corroon LLP | Nuvo Investor DiP LLC | 24-11880-MFW | Video and Audio |
| 22 | Zachary | Javorsky | Richards, Layton & Finger | Gaingels | 24-11880-MFW | Video and Audio |
| 23 | Patrice | Jean | Hughes Hubbard & Reed LLP | Debtors | 24-11880-MFW | Video and Audio |
| 24 | Laurence | Klein | Nuvo Investors DiP LLC | Nuvo Investors DiP LLC | 24-11880-MFW | Video and Audio |
| 25 | Daniel | Kligler | eitar | Debtors | 24-11880-MFW | Video and Audio |
| 26 | Lisa | Kossowsky | | Interested party | 24-11880-MFW | Audio Only |
| 27 | Maria | Kotsiras | Potter Anderson & Corroon LLP | Nuvo Investor DiP LLC | 24-11880-MFW | Video and Audio |
| 28 | Sujith | Krishnan | | | 24-11880-MFW | Audio Only |
| 29 | James | Lathrop | Goodwin Procter LLP | Gaingels 10X Capital Diversity Fund I, LP | 24-11880-MFW | Video and Audio |
| 30 | Scott | Lyman | Teneo | Debtor | 24-11880-MFW | Video and Audio |
| 31 | Dorothy | Ma | | | 24-11880-MFW | Audio Only |
| 32 | Jeffrey | Margolin | Hughes Hubbard | Debtors | 24-11880-MFW | Video and Audio |
| 33 | Colin | Meehan | Richards, Layton & Finger | Gaingels | 24-11880-MFW | Video and Audio |

Nuvo Group USA, Inc. 24-11880
December 11, 2024 at 10:30 am

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 34 | Avery | Meng | Morris Nichols | Debtors | 24-11880-MFW | Video and Audio |
| 35 | Matthew | Milana | Richards, Layton & Finger | Gaingels | 24-11880-MFW | Video and Audio |
| 36 | Curtis | Miller | Morris Nichols | Debtors | 24-11880-MFW | Video and Audio |
| 37 | Elizabeth | O'Brien | Teneo | Debtor | 24-11880-MFW | Video and Audio |
| 38 | Cathal | O'Dea | Gaingels 10X Capital Diversity Fund I, LP | Gaingels 10X Capital Diversity Fund I, LP | 24-11880-MFW | Video and Audio |
| 39 | Yun | Park | Law360 | | 24-11880-MFW | Audio Only |
| 40 | Rice | Powell | Debtor | Debtor | 24-11880-MFW | Video and Audio |
| 41 | Ashly | Riches | Bayard, P.A. | Nuvo Int&#039;l Group Inc. | 24-11880-MFW | Video and Audio |
| 42 | Colin | Robinson | Pachulski Stang Ziehl & Jones LLP | LAMF SPAC I LLC | 24-11880-MFW | Video and Audio |
| 43 | Roman | Rogol | Nuvo Int&#039;l Group Inc. | Nuvo Int&#039;l Group Inc. | 24-11880-MFW | Video and Audio |
| 44 | Jeremy | Ryan | Potter Anderson & Corroon | Nuvo Investor DIP LLC | 24-11880-MFW | Video and Audio |
| 45 | Reva | Sanders | | | 24-11880-MFW | Audio Only |
| 46 | Kelly | Warrick | Gaingels 10X Capital Diversity Fund I, LP | Gaingels 10X Capital Diversity Fund I, LP | 24-11880-MFW | Video and Audio |
| 47 | Alec | Weinberg | Goodwin Procter LLP | Gaingels 10X Capital Diversity Fund I, LP | 24-11880-MFW | Video and Audio |
| 48 | Burton | Weinstein | Cedarview Capital Management | Interested Party | 24-11880-MFW | Video and Audio |
| 49 | Mark | Wolfson | Foley & Lardner LLP | Nuvo Int&#039;l Group Inc. | 24-11880-MFW | Video and Audio |