# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>NUVO GROUP USA INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11880 (MFW)<br><br>(Jointly Administered) |

### NOTICE OF CLOSING OF SALE OF
### DEBTORS' NUVO GROUP USA INC. AND NUVO GROUP LTD.'S ASSETS

**PLEASE TAKE NOTICE** that, on October 11, 2024, the Debtors filed the *Debtors Motion for (I) an Order (A) Approving Bidding Procedures for the Sale of Substantially All Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; (E) Authorizing the Debtors to Designate a Stalking Horse Bidder and Seek Expedited Approval of Bid Protections, if any; and (F) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief* [D.I. 147].

**PLEASE TAKE FURTHER NOTICE** that, on October 21, 2024, Court entered the *Order (A) Approving Bidding Procedures for the Sale of Substantially All Assets of Debtors; (B)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of their respective federal tax identification numbers, are: Nuvo Group USA, Inc. (2727), Holdco Nuvo D.G Ltd. (5756), and Nuvo Group Ltd. (3811). Their addresses are, respectively, 300 Witherspoon, Suite 201, Princeton, NJ 08542 and Yigal Alon 94, Tower 1, Tel Aviv 6789155 Israel.

*Approving Procedures for the Assumption and Assignment, Assignment or Rejection of Designated Executory Contracts and Unexpired Leases;(C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; (E) Authorizing the Debtors to Designate a Stalking Horse Bidder and Seek Expedited Approval of Bid Protections* [D.I. 170] (the "Bidding Procedures Order"), by which the Court, among other things, approved procedures (the "Bidding Procedures") to be used in connection with the sale of the substantially all Debtors' assets free and clear of all liens, claims, encumbrances, and other interests, and an auction (the "Auction") pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on November 6, 2024, the Debtors filed the *Notice of Revised Bidding Procedures Deadline* [D.I. 197] (the "Revised Bidding Procedures"), rescheduling certain Bidding Procedures deadlines.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Revised Bidding Procedures and the Bidding Procedures Order, the Auction was held on November 21, 2024.

**PLEASE TAKE FURTHER NOTICE** that the Debtors subsequently filed the *Second Notice of Designation of Successful Bid* [D.I. 242], designating Nuvo Int'l Group Inc. as the successful bidder (the "Purchaser").

**PLEASE TAKE FURTHER NOTICE** that, On December 9, 2024, the Debtors filed the *Notice of Filing of Asset Purchase Agreement* [D.I. 287].

**PLEASE TAKE FURTHER NOTICE** that, on December 12, 2024, the Court entered the *Order Approving Sale of Nuvo Group USA, Inc.'s and Nuvo Group Ltd.'s Assets & If Any, Assumption & Assignment of Executory Contracts & Unexpired Leases under 11 U.S.C. §§ 363 &*

*365* [D.I. 311], which approved the sale of assets from Debtors Nuvo Group USA, Inc. and Nuvo Group Ltd. to the Purchaser pursuant to the Asset Purchase Agreement attached thereto.

**PLEASE TAKE FURTHER NOTICE** that, on December 13, 2024, the Sale to the Purchaser closed pursuant to the terms of the Asset Purchase Agreement.

| | |
|---|---|
| December 16, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Avery Jue Meng*<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>Clint M. Carlisle (No. 7313)<br>Avery Jue Meng (No. 7238)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabott@morrisnichols.com<br>     cmiller@morrisnichols.com<br>     ccarlisle@morrisnichols.com<br>     ameng@morrisnichols.com<br><br>-*and*-<br><br>**HUGHES HUBBARD & REED LLP**<br><br>Kathryn A. Coleman (admitted *pro hac vice)*<br>Christopher Gartman (admitted *pro hac vice*)<br>Jeffrey S. Margolin (admitted *pro hac vice*)<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 837-6000<br>Email: katie.coleman@hugheshubbard.com<br>     chris.gartman@hugheshubbard.com<br>     jeff.margolin@hugheshubbard.com<br><br>*Counsel to the Debtors and Debtors in Possession* |