# **Exhibit A**

# Margolin, Jeff

| | |
|---|---|
| **From:** | Coleman, Katie |
| **Sent:** | Wednesday, January 22, 2025 1:26 PM |
| **To:** | Nann, Alissa M. |
| **Cc:** | james.feltman@teneo.com; Margolin, Jeff; dabbott@morrisnichols.com; Gartman, Chris |
| **Subject:** | Nuvo |
| **Attachments:** | Demand Letter re APA.pdf |

Hi Alissa,

Per our call yesterday, please see the attached letter.

Thanks,
Katie

**Katie Coleman**  | Partner

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 16th floor |  New York | NY 10004-1482
Office +1 (212) 837-6447 | Cell +1 (917) 595-9400 | Fax +1 (212) 299-6447
katie.coleman@hugheshubbard.com | bio

1



Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Katie Coleman
Partner
Direct Dial: +1 (212) 837-6447
Direct Fax: +1 (212) 299-6447
katie.coleman@hugheshubbard.com

January 22, 2025

**VIA EMAIL**

Alissa M. Nann, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016

      Re:    *In re Nuvo Group USA, Inc., et al.* Case No. 24-11880 (MFW) (Bankr. D. Del)

Dear Alissa:

    Further to our recent conversation, we write regarding that certain Asset Purchase Agreement (the "<u>Agreement</u>"),[1] which was approved by the Bankruptcy Court on December 12, 2024 (Docket No. 311). The sale closed on December 13, 2024 (Docket No. 318).

    In accordance with Section 1.3 of the Agreement, the Purchaser agreed to pay or otherwise satisfy certain Assumed Liabilities, including, without limitation, the Post-Petition Accounts Payable set forth on Schedule 1.3(b) of the Agreement. To date, over a month since the Closing Date, the Purchaser has not paid the Post-Petition Accounts Payable of Manifest Resolutions totaling $6,559.00. We have reached out to the Purchaser several times and requested that this amount be paid, to no avail.

    As I told you yesterday, the Purchaser's continuing refusal to satisfy its obligation to Manifest Resolutions has resulted in this vendor withholding critical salary and benefit processing services. In turn, this has prevented the Sellers from being able to pay employees amounts authorized to be paid in the Bankruptcy Court's *Order Approving Schedule of Disbursements* (Docket No. 375).

    We demand that the Purchaser satisfy the Post-Petition Accounts Payable to Manifest Resolutions, and promptly provide written confirmation to the Sellers that all other Post-Petition Accounts Payable have been satisfied no later than **January 25, 2025**. If we do not receive that confirmation by then, we will immediately ask the Bankruptcy Court for an order enforcing the

---

1. Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

Agreement, compelling the Purchaser to immediately satisfy all Post-Petition Accounts Payable, and ordering the Purchaser to reimburse the Sellers for all attorneys' fees and costs incurred related to such motion.

      All rights reserved.

Very truly yours,

*[signature]*

cc: Mr. James Feltman (Chief Restructuring Officer of Sellers)

282406870_1