# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **NUVO GROUP USA, INC.,** *et al.,*[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 24-11880 (MFW) <br><br> (Jointly Administered) <br><br> **Related Docket No.: 385** |

## NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that, pursuant to Rule 3007-1(e)(iv)(C) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, on February 13, 2025, the undersigned counsel to the Debtors and Debtors-in-Possession, delivered to the chambers of The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, the required copies of the proofs of claim that are the subject of the *Debtor's Objection to Claim No. 10019 Filed by Blinbaum Ventures LLC and Claim No. 10020 Filed by Blinbaum Trust Sheehan* (D.I. 385), filed on January 17, 2025.

**PLEASE TAKE FURTHER NOTICE** that, copies of the proofs of claim are available via the claims agent's website: https://dm.epiq11.com/case/nuvogroup/info.  If you have any questions about accessing copies of the proofs of claim, please feel free to contact Epiq Corporate Restructuring, LLC by email at NuvoGroup@epiqglobal.com.

---

[1]. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number or registration number in the applicable jurisdiction, are:  Holdco Nuvo Group D.G Ltd. (5756); Nuvo Group Ltd. (3811); and Nuvo Group USA, Inc. (2727).  The Debtors' mailing address for purposes of these Chapter 11 Cases is Nuvo Group USA, Inc., c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.

| | |
|---|---|
| Dated: February 13, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Avery Jue Meng* _____<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>Avery Jue Meng (No. 7238)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@morrisnichols.com<br>cmiller@morrisnichols.com<br>ameng@morrisnichols.com<br><br>-and-<br><br>**HUGHES HUBBARD & REED LLP**<br><br>Kathryn A. Coleman (admitted *pro hac vice*)<br>Christopher Gartman  (admitted *pro hac vice*)<br>Jeffrey S. Margolin  (admitted *pro hac vice*)<br>Elizabeth A. Beitler  (admitted *pro hac vice*)<br>One Battery Park Plaza<br>New York, New York 10004-1482<br>Telephone: (212) 837-6000<br>katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com<br>jeff.margolin@hugheshubbard.com<br>elizabeth.beitler@hugheshubbard.com<br><br>*Counsel to the Debtors and Debtors-in-Possession* |