**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ***In re*** | Chapter 11 |
| **NUVO GROUP USA INC., et al.,**[1] | Case No. 24-11880 (MFW) |
| **Debtors.** | (Jointly Administered) |
| **NUVO GROUP LTD.,** | |
| **Plaintiff,** | Adv. Pro. No. 26-50636 (MFW) |
| **v.** | |
| **GAINGELS 10X CAPITAL DIVERSITY FUND I, LP,** | |
| **Defendant.** | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 18, 2026, AT 11:00 A.M. (EASTERN TIME)**

**THIS HEARING WILL BE CONDUCTED BY ZOOM. PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON. THE COURT HAS NO PREFERENCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THEN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING.**

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of their respective federal tax identification numbers, are: Nuvo Group USA, Inc. (2727), Holdco Nuvo D.G Ltd. (5756), and Nuvo Group Ltd. (3811). The Debtors' mailing address for purposes of these Chapter 11 Cases is Nuvo Group USA, Inc., c/o Epiq Corporate Restructuring, LLC, P.O. Box 4421, Beaverton, OR 97076-4421.

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.**

**ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**

**MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of an Order Approving Settlement Agreement by and between the Debtors' CRO, the Israeli Trustee, and Gaingels 10X Capital Diversity Fund I LP (D.I. 931, filed 9/11/26).

   Objection Deadline: September 17, 2026, at 4:00 p.m. (ET).

   Responses Received: None at this time.

   Related Documents:

   A. Motion to Shorten Notice of Motion for Entry of an Order Approving Settlement Agreement by and between the Debtors' CRO, the Israeli Trustee, and Gaingels 10X Capital Diversity Fund I LP (D.I. 932, filed 9/11/26);

   B. Order Shortening Notice of Debtors' Motion for Entry of an Order Approving Settlement Agreement by and between the Debtors' CRO, the Israeli Trustee, and Gaingels 10X Capital Diversity Fund I LP (D.I. 933, entered 9/14/26); and

   C. Notice of Hearing on the Debtors' Motion for Entry of an Order Approving Settlement Agreement by and between the Debtors' CRO, the Israeli Trustee, and Gaingels 10X Capital Diversity Fund I LP (D.I. 934, filed 9/14/26).

   Status: This matter is going forward.

2. *Nuvo Group Ltd. v. Gaingels 10X Capital Diversity Fund I, LP*, Adv. Pro. No. 26-50636 (MFW): Debtors' Motion for Entry of an Order Approving Settlement Agreement by and between the Debtors' CRO, the Israeli Trustee, and Gaingels 10X Capital Diversity Fund I LP (A.D.I. 5, filed 9/11/26).

   Objection Deadline: September 17, 2026, at 4:00 p.m. (ET).

   Responses Received: None at this time.

Related Documents:

D. Motion to Shorten Notice of Motion for Entry of an Order Approving Settlement Agreement by and between the Debtors' CRO, the Israeli Trustee, and Gaingels 10X Capital Diversity Fund I LP (A.D.I. 6, filed 9/11/26);

E. Order Shortening Notice of Debtors' Motion for Entry of an Order Approving Settlement Agreement by and between the Debtors' CRO, the Israeli Trustee, and Gaingels 10X Capital Diversity Fund I LP (A.D.I. 7, entered 9/14/26); and

F. Notice of Hearing on the Debtors' Motion for Entry of an Order Approving Settlement Agreement by and between the Debtors' CRO, the Israeli Trustee, and Gaingels 10X Capital Diversity Fund I LP (A.D.I. 8, filed 9/14/26).

Status: This matter is going forward.

Dated: September 16, 2026
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Brenna A. Dolphin*
Derek C. Abbott (No. 3376)
Brenna A. Dolphin (No. 5604)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabott@morrisnichols.com
bdolphin@morrisnichols.com

*-and-*

**HUGHES HUBBARD & REED LLP**
Kathryn A. Coleman (admitted *pro hac vice)*
Christopher Gartman (admitted *pro hac vice*)
Jeffrey S. Margolin (admitted *pro hac vice*)
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-6000
Email: katie.coleman@hugheshubbard.com
chris.gartman@hugheshubbard.com
jeff.margolin@hugheshubbard.com

*Counsel to the Debtors and Debtors in Possession*